UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL, BB8003,<br><br>Petitioner,<br><br>v.<br><br>C.D.C.R., et al.,<br><br>Respondent. | Case No. 19-cv-02928-CRB  (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner seeks federal habeas review of a conviction and sentence from Los Angeles County Superior Court, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Petitioner is incarcerated at the Richard J. Donovan Correctional Facility in San Diego County, which lies within the venue of the Southern District of California. See id. § 84(d).

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction and/or sentence preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Because Los Angeles County lies in the Central District of California, Western Division, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: June 14, 2019

_____
CHARLES R. BREYER
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NATHAN HILL,

    Plaintiff,

v.

C.D.C.R., et al.,

    Defendants.

Case No. 3:19-cv-02928-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathan Hill ID: #BB8003
B7-130
480 Alta Rd.
San Diego, CA 92179

Dated: June 14, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ L. Scott
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER